429 A.2d 63

Commonwealth v. Kerr, Appellant.

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Submitted November 16, 1979. Donald Calaiaro, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., filed a memorandum dissenting opinion.